Otto Owens, Appellant, v. Max Gray, Appellee.

Term No. 48017.

opinion filed February 7, 1949; released for publication March 7, 1949. Wilbur A. Trares, for appellant; Francis J. Manning and Manning & Barr, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.

G. W. Halsenburg, Appellee, v. William Dee, Trading as Dee Floral Company, Appellant.

Term No. 48027.

opinion filed February 7, 1949; released for publication March 7, 1949. Newell & Baetz and Emerson Baetz, for appellant; I. H. Streeper, III, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full.